# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| ANDREW JOHNSTONE | § | Case No. 1:13-34200-ERW |
| | § | |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 08/29/2013. The undersigned trustee was appointed on 08/29/2013.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of       $   220,861.28

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim disbursement | 0.00 |
   | Administrative expenses | 39,085.02 |
   | Bank service fees | 898.44 |
   | Other payments to creditors | 168,900.65 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of[1]   $ | 11,977.17 |

   The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 04/17/2014 and the deadline for filing governmental claims was 04/17/2014 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 14,293.06 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 8,977.00 , for a total compensation of $ 8,977.00 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 07/12/2016              By:/s/N. Neville Reid, Trustee
                                         Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 13-34200 | ERW | Judge: | Eugene R. Wedoff | Trustee Name: | N. Neville Reid, Trustee |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | ANDREW JOHNSTONE | | | | Date Filed (f) or Converted (c): | 08/29/2013 (f) |
| | | | | | 341(a) Meeting Date: | 10/10/2013 |
| For Period Ending: | 07/12/2016 | | | | Claims Bar Date: | 04/17/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 405 N. Wabash, Apt. 4112 Chicago, IL 60611 [Escrow funds pending closing with Richard Gergis] | 206,960.00 | 34,543.00 | | 219,000.00 | FA |
| 2. 2393 N. Wayne Ave Chicago, IL 60614 | 494,777.00 | 0.00 | | 0.00 | FA |
| 3. Cash on Hand | 100.00 | 0.00 | | 0.00 | FA |
| 4. Checking Account-PNC Bank | 100.00 | 0.00 | | 0.00 | FA |
| 5. Checking Account-Citi Bank | 100.00 | 0.00 | | 0.00 | FA |
| 6. Furniture and Electronics | 750.00 | 0.00 | | 0.00 | FA |
| 7. Clothing | 350.00 | 0.00 | | 0.00 | FA |
| 8. Debtor owns 100% Interest in Stone Plumbing  Debtor owns 100% Interest in Stone Plumbing, a sole proprietorship Assets: Checking Account-Citi Bank $1,000 | 1,000.00 | 0.00 | | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 13-34200 | ERW | Judge: | Eugene R. Wedoff | Trustee Name: | N. Neville Reid, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | ANDREW JOHNSTONE | | | | Date Filed (f) or Converted (c): | 08/29/2013 (f) |
| | | | | | 341(a) Meeting Date: | 10/10/2013 |
| For Period Ending: | 07/12/2016 | | | | Claims Bar Date: | 04/17/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 9.  1998 Ford E350 | 880.00 | 0.00 | | 0.00 | FA |
| 10.  Plumber Tools | 1,500.00 | 0.00 | | 0.00 | FA |
| 11.  Gergis, Buyer's reimbursement of transfer tax related to sal (u) | 1,642.50 | 1,642.50 | | 1,642.50 | FA |
| 12.  PNC Mortgage Refund of Sale of Property:  405 N. Wabash, Apt (u)    PNC Mortgage Refund of Sale of Property:  Miscellaneous Expenses for 405 N. Wabash, Apt. 4112, Chicago, IL | Unknown | 0.00 | | 218.78 | FA |
| INT.  Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $708,159.50 | $36,185.50 | | $220,861.28 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Status April 2015:  Received purchase price proceeds in escrow from buyer,  for sale of condo.  Preparing closing documentation. Closing expected by May 15, 2015.  TFR to be filed shortly thereafter as all claims are in and bar date has passed.

Status March 28, 2016: Preparing TFR.

Initial Projected Date of Final Report (TFR): 12/31/2013     Current Projected Date of Final Report (TFR): 06/30/2016

UST Form 101-7-TFR (5/1/2011) *(Page: 4)*

Exhibit A

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 13-34200 | Trustee Name: | N. Neville Reid, Trustee |
|---|---|---|---|
| Case Name: | ANDREW JOHNSTONE | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX5229 |
| | | | Checking Account (Non-Interest Earn |
| Taxpayer ID No: | XX-XXX4827 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 07/12/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/16/15 | | Richard Gergis<br>Cashier's Check<br>The State Bank<br>Fenton, Michigan 48430<br><br>586-805-3333 | Purchase price proceeds re: | | $218,000.00 | | $218,000.00 |
| | | | Gross Receipts          $219,000.00 | | | | |
| | | | Earnest Money held by        ($1,000.00)<br>@Properties | 3510-000 | | | |
| | 1 | | 405 N. Wabash, Apt. 4112    $219,000.00<br>Chicago, IL 60611 | 1110-000 | | | |
| 03/26/15 | 300001 | Arthur B. Levine Company<br>Adams Levine<br>Surety Bond Agency<br>60 East 42nd Street, Room 965<br>New York, New York  10165<br><br>212-986-7470 | Chpt. 7 Blanket Bond Premium<br>(Feb. 1, 2015 to Feb. 1, 2016)<br>for Bond Number<br>10BSBGR6291 | 2300-000 | | $83.78 | $217,916.22 |
| 04/07/15 | | Associated Bank | Bank Service Fee under 11<br>U.S.C. § 330(a)(1)(B), 503(b)<br>(1), and 507(a)(2) | 2600-000 | | $167.23 | $217,748.99 |
| 04/30/15 | 11 | Richard B. Gergis<br>Cashier's Check # 9488630253 | Gergis, Buyer's reimbursement<br>of transfer tax related to sale of<br>405 N. Wabash Ave., #4112,<br>Chicago, IL | 1290-000 | $1,642.50 | | $219,391.49 |
| 04/30/15 | | First American Title Insurance Company<br>30 North LaSalle Street, Suite 2220<br>Chicago, IL  60602<br><br>312-750-6780 | Closing for Sale of: 405 N.<br>Wabash Ave., #4112, Chicago,<br>IL<br>HUD Statement | | | $186,727.65 | $32,663.84 |
| | | | Coverage, Closing Protection        ($50.00) | 2500-000 | | | |
| | | | Search, Committment Update          ($100.00) | 2500-000 | | | |
| | | | Transfer Fee, Service/Handling Wire  ($40.00) | 2500-000 | | | |
| | | | Service, Overnight Delivery         ($25.00) | 2500-000 | | | |

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*                    Page Subtotals:                  $219,642.50    $186,978.66

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | | |
|---|---|---|
| Case No: 13-34200 | Trustee Name: N. Neville Reid, Trustee | |
| Case Name: ANDREW JOHNSTONE | Bank Name: Associated Bank | |
| | Account Number/CD#: XXXXXX5229 | |
| | Checking Account (Non-Interest Earn | |
| Taxpayer ID No: XX-XXX4827 | Blanket Bond (per case limit): $5,000,000.00 | |
| For Period Ending: 07/12/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | to FATIC, Owner's Policy | ($900.00) | 2500-000 | | | |
| | | Tax, County Transfer | ($109.50) | 2500-000 | | | |
| | | Tax to FATIC, City Transfer | ($657.00) | 2500-000 | | | |
| | | Tax to FATIC, State Transfer | ($219.00) | 2500-000 | | | |
| | | Paid Assessment, Preparation of | ($350.00) | 2500-000 | | | |
| | | Credit, Buyer's | ($2,836.50) | 2500-000 | | | |
| | | PNC BANK N. A. | ($41,878.52) | 4110-000 | | | |
| | | PNC BANK N. A. | ($127,022.13) | 4110-000 | | | |
| | | FATIC, Release to | ($50.00) | 2500-000 | | | |
| | | @PROPERTIES | ($12,490.00) | 3510-000 | | | |
| 05/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $277.52 | $32,386.32 |
| 05/13/15 | 300002 | Legal Runners, Inc.<br>53 West Jackson Blvd.<br>Suite 609<br>Chicago, IL 60604<br><br>312-291-0970 | LRI fee for Water Certification $45.00 for 405 N. Wabash Ave, Unit 4112 and FPC Fee $50.00 | 2990-000 | | $95.00 | $32,291.32 |
| 05/28/15 | 12 | PNC Mortgage<br>PNC Bank, NA<br>3232 Newmark Drive<br>Miamisburg, OH 45342 | Refund from PNC Mortgage Co. of: 405 N. Wabash Ave. # 4112, Chicago, IL Miscellaneous Bankruptcy Expenses | 1210-000 | $218.73 | | $32,510.05 |
| 05/28/15 | 12 | PNC Mortgage<br>PNC Bank, NA<br>3232 Newmark Drive<br>Miamisburg, OH 45342 | Refund from PNC Mortgage Co. of: 405 N. Wabash Ave. # 4112, Chicago, IL Miscellaneous Bankruptcy Expenses | 1210-000 | $0.05 | | $32,510.10 |

UST Form 101-7-TFR (5/1/2011) *(Page: 7)*      Page Subtotals:     $218.78     $372.52

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | |
|---|---|
| Case No: 13-34200 | Trustee Name: N. Neville Reid, Trustee |
| Case Name: ANDREW JOHNSTONE | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX5229 |
| | Checking Account (Non-Interest Earn |
| Taxpayer ID No: XX-XXX4827 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 07/12/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/05/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $48.17 | $32,461.93 |
| 07/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $46.66 | $32,415.27 |
| 08/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $48.15 | $32,367.12 |
| 09/08/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $48.08 | $32,319.04 |
| 10/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $46.46 | $32,272.58 |
| 11/06/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $47.94 | $32,224.64 |
| 12/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $46.32 | $32,178.32 |
| 12/17/15 | 300003 | Fox Swibel Levin & Carroll LLP 200 West Madison Street Suite 3000 Chicago, IL 60606 | Dkt. 59; Order approving first interim fee application FSLC Fees | 3110-000 | | $20,000.00 | $12,178.32 |
| 12/17/15 | 300004 | Fox Swibel Levin & Carroll LLP 200 West Madison Street Suite 3000 Chicago, IL 60606 | Dkt. 59 ; Order approving first interim fee application FSLC Expenses | 3120-000 | | $71.72 | $12,106.60 |
| 01/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $34.32 | $12,072.28 |
| 02/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $17.91 | $12,054.37 |
| 03/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $16.72 | $12,037.65 |

UST Form 101-7-TFR (5/1/2011) *(Page: 8)*                    Page Subtotals:                    $0.00        $20,472.45

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 13-34200 | Trustee Name: N. Neville Reid, Trustee |
| Case Name: ANDREW JOHNSTONE | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX5229 |
| | Checking Account (Non-Interest Earn |
| Taxpayer ID No: XX-XXX4827 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 07/12/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $17.85 | $12,019.80 |
| 04/12/16 | 300005 | Arthur B. Levine Company<br>Adams Levine<br>Surety Bond Agency<br>370 Lexington Avenue, Suite 1101<br>New York, New York 10017<br><br>212-986-7470 | 2016 Blanket Bond Disbursement | 2300-000 | | $7.52 | $12,012.28 |
| 05/06/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $17.28 | $11,995.00 |
| 06/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $17.83 | $11,977.17 |
| 06/28/16 | | Associated Bank | BANK SERVICE FEE<br>The credit for the $30 Bank fee posted on 5-14-2015 was received on 4-6-16. | 2600-000 | | ($30.00) | $12,007.17 |
| 06/28/16 | | Associated Bank | BANK SERVICE FEE<br>Bank Fee posted and cleared the bank on 5-14-2015. | 2600-000 | | $30.00 | $11,977.17 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $219,861.28 | $207,884.11 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $219,861.28 | $207,884.11 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $219,861.28 | $207,884.11 |

UST Form 101-7-TFR (5/1/2011)  *(Page: 9)*                    Page Subtotals:            $0.00            $60.48

Exhibit B

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX5229 - Checking Account (Non-Interest Earn | $219,861.28 | $207,884.11 | $11,977.17 |
| | $219,861.28 | $207,884.11 | $11,977.17 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $1,000.00 |
| Total Net Deposits: | $219,861.28 |
| Total Gross Receipts: | $220,861.28 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:13-34200-ERW  
Debtor Name: ANDREW JOHNSTONE  
Claims Bar Date: 4/17/2014  
Date: July 12, 2016

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 99 2300 | BOND PAYMENT<br>Bond Payment | Administrative | | $0.00 | $83.78 | $83.78 |
| 99 2990 | Legal Runners, Inc.<br>53 W. Jackson Blvd.<br>Suite 609<br>Chicago, IL 60604 | Administrative | | $95.00 | $95.00 | $95.00 |
| 100 2100 | N. NEVILLE REID<br>200 W. MADISON, SUITE 3000<br>CHICAGO, IL 60606 | Administrative | | $0.00 | $8,977.00 | $8,977.00 |
| 100 2500 | Closing Protection Coverage | Administrative | | $0.00 | $50.00 | $50.00 |
| 100 2500 | Buyer's Credit | Administrative | | $0.00 | $2,836.50 | $2,836.50 |
| 100 2500 | Release to FATIC | Administrative | | $0.00 | $50.00 | $50.00 |
| 100 2500 | Preparation of Paid Assessment | Administrative | | $0.00 | $350.00 | $350.00 |
| 100 2500 | Committment Update Search | Administrative | | $0.00 | $100.00 | $100.00 |
| 100 2500 | Overnight Delivery Service | Administrative | | $0.00 | $25.00 | $25.00 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:13-34200-ERW  
Debtor Name: ANDREW JOHNSTONE  
Claims Bar Date: 4/17/2014  
Date: July 12, 2016

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2500 | City Transfer Tax to FATIC | Administrative | | $0.00 | $657.00 | $657.00 |
| 100 2500 | State Transfer Tax to FATIC | Administrative | | $0.00 | $219.00 | $219.00 |
| 100 2500 | County Transfer Tax | Administrative | | $0.00 | $109.50 | $109.50 |
| 100 2500 | Owner's Policy to FATIC | Administrative | | $0.00 | $900.00 | $900.00 |
| 100 2500 | Service/Handling Wire Transfer Fee | Administrative | | $0.00 | $40.00 | $40.00 |
| 100 2990 | LOIS WEST<br>Popowcer Katten, Ltd.<br>35 E. Wacker Drive, Suite 1550<br>Chicago, IL  60601 | Administrative | | $0.00 | $0.00 | $0.00 |
| 100 3510 | @PROPERTIES<br>@Properties | Administrative | | $0.00 | $12,490.00 | $12,490.00 |
| 1 300 7100 | DISCOVER BANK<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH  43054-3025 | Unsecured | | $9,018.00 | $9,018.45 | $9,018.45 |
| 4 300 7100 | PNC BANK N. A.<br>PNC BANK N.A.<br>PO BOX 94982<br>CLEVELAND, OH 44101 | Unsecured | | $0.00 | $9,022.34 | $9,022.34 |

Page 2                             Printed: July 12, 2016

**UST Form 101-7-TFR (5/1/2011)** *(Page: 12)*

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:13-34200-ERW  
Debtor Name: ANDREW JOHNSTONE  
Claims Bar Date: 4/17/2014  

Date: July 12, 2016

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 5<br>300<br>7100 | FSB AMERICAN EXPRESS BANK<br>AMERICAN EXPRESS BANK, FSB<br>C O BECKET AND LEE LLP<br>POB 3001<br>MALVERN, PA 19355-0701 | Unsecured | | $0.00 | $7,737.80 | $7,737.80 |
| 3<br>301<br>7100 | AMERICAN EXPRESS CENTURION BANK<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $0.00 | $1,438.75 | $1,438.75 |
| 302<br>3110 | FOX SWIBEL LEVIN & CARROLL LLP<br>200 W. Madison Street, Suite 3000<br>Chicago, Illinois 60606 | Administrative | | $0.00 | $41,908.50 | $41,908.50 |
| 302<br>3120 | FOX SWIBEL LEVIN & CARROLL LLP<br>200 W. Madison Street, Suite 3000<br>Chicago, Illinois 60606 | Administrative | | $0.00 | $796.79 | $796.79 |
| 400<br>4110 | PNC BANK N. A.<br>PNC BANK N.A.<br>PO BOX 94982<br>CLEVELAND, OH 44101 | Secured | | $0.00 | $41,878.52 | $41,878.52 |
| 400<br>4110 | PNC BANK N. A.<br>PNC BANK N.A.<br>PO BOX 94982<br>CLEVELAND, OH 44101 | Secured | | $0.00 | $127,022.13 | $127,022.13 |
| | Case Totals | | | $9,113.00 | $265,806.06 | $265,806.06 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 1:13-34200-ERW
Case Name: ANDREW JOHNSTONE
Trustee Name: N. Neville Reid, Trustee

Balance on hand $ 11,977.17

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| | PNC BANK N. A. | $ 168,900.65 | $ 168,900.65 | $ 168,900.65 | $ 0.00 |

Total to be paid to secured creditors $ 0.00

Remaining Balance $ 11,977.17

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: N. NEVILLE REID | $ 8,977.00 | $ 0.00 | $ 8,977.00 |
| Attorney for Trustee Fees: FOX SWIBEL LEVIN & CARROLL LLP | $ 41,908.50 | $ 20,000.00 | $ 0.00 |
| Attorney for Trustee Expenses: FOX SWIBEL LEVIN & CARROLL LLP | $ 796.79 | $ 71.72 | $ 0.00 |
| Other: @PROPERTIES | $ 12,490.00 | $ 12,490.00 | $ 0.00 |
| Other: BOND PAYMENT | $ 83.78 | $ 83.78 | $ 0.00 |
| Other: Buyer's Credit | $ 2,836.50 | $ 2,836.50 | $ 0.00 |
| Other: City Transfer Tax to FATIC | $ 657.00 | $ 657.00 | $ 0.00 |
| Other: Closing Protection Coverage | $ 50.00 | $ 50.00 | $ 0.00 |
| Other: Committment Update Search | $ 100.00 | $ 100.00 | $ 0.00 |
| Other: County Transfer Tax | $ 109.50 | $ 109.50 | $ 0.00 |

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Other: Legal Runners, Inc. | $ 95.00 | $ 95.00 | $ 0.00 |
| Other: LOIS WEST | $ 0.00 | $ 0.00 | $ 0.00 |
| Other: Overnight Delivery Service | $ 25.00 | $ 25.00 | $ 0.00 |
| Other: Owner's Policy to FATIC | $ 900.00 | $ 900.00 | $ 0.00 |
| Other: Preparation of Paid Assessment | $ 350.00 | $ 350.00 | $ 0.00 |
| Other: Release to FATIC | $ 50.00 | $ 50.00 | $ 0.00 |
| Other: Service/Handling Wire Transfer Fee | $ 40.00 | $ 40.00 | $ 0.00 |
| Other: State Transfer Tax to FATIC | $ 219.00 | $ 219.00 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses     $ 8,977.00

Remaining Balance     $ 3,000.17

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 27,217.34 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 11.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | DISCOVER BANK | $ 9,018.45 | $ 0.00 | $ 1,049.59 |
| 4 | PNC BANK N. A. | $ 9,022.34 | $ 0.00 | $ 1,050.04 |
| 5 | FSB AMERICAN EXPRESS BANK | $ 7,737.80 | $ 0.00 | $ 900.54 |
| 3 | AMERICAN EXPRESS CENTURION BANK | $ 1,438.75 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors     $ 3,000.17

Remaining Balance     $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

UST Form 101-7-TFR (5/1/2011) *(Page: 16)*