# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | Case No. 13-34200 |
| ANDREW JOHNSTONE | ) | |
| | ) | Hon. Deborah L. Thorne |
| Debtors. | ) | |
| | ) | **Date:  August 30, 2016** |
| | ) | **Time: 10:00am** |

## CERTIFICATE OF SERVICE

I, N. Neville Reid, certify that on August 8, 2016 I caused copies of the **Notice of Trustee's Final Report and Applications for Compensation** [Docket 68] to be filed electronically, with a copy to be served upon all parties listed on the attached Service List by first-class U.S. Mail and to be served electronically upon all parties set up to receive notice through the Court's ECF filing system.

Dated:  August 8, 2016                Respectfully submitted,

                         By:    /s/ N. Neville Reid
                             Fox, Swibel, Levin & Carroll, LLP,
                             General Bankruptcy Counsel to the Trustee

N. Neville Reid (ARDC #6195837)
FOX, SWIBEL, LEVIN & CARROLL, LLP
200 West Madison Street, Suite 3000
Chicago, IL  60606
Ph: 312.224.1200
Fx: 312.224.1201

## **SERVICE LIST**

**Parties to receive notice electronically via CM/ECF:**

Patrick S. Layng
USTPRegion11.ES.ECF@usdoj.gov

Toni Dillion on behalf of Creditor PNC Bank, N.A.
tdillon@atty-pierce.com, northerndistrict@atty-pierce.com

Andrew E. Pulaski on behalf of Debtor Andrew Johnstone
Andrew@s-looplaw.com

Steven C. Lindberg on behalf of Creditor Federal National Mortgage Association
Bankruptcy@fallaw.com

Andrew J. Nelson on behalf of Creditor PNC Bank, N.A.
anelson@atty-pierce.com, northerndistrict@atty-pierce.com

**Parties to receive notice by email:**

Thaddeus Stawick on behalf of Purchaser
thaddeusstawick@comcast.net

Sara Maxwell at @Properties
smaxwell@atproperties.com

**Parties to receive notice by postage prepaid first-class U.S. Mail:**

Andrew Johnstone
2393 North Wayne
Chicago, IL  60614

DISCOVER BANK
DB Servicing Corporation
PO Box 3025
New Albany, OH 43054-3025

AMERICAN EXPRESS CENTURION BANK
c/o Becket and Lee LLP
PO Box 3001
Malvern, PA 19355-0701

PNC BANK N. A.
PO Box 94982
Cleveland, OH 44101

FSB AMERICAN EXPRESS BANK
c/o Becket and Lee LLP
PO Box 3001
Malvern, PA 19355-070