# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS
### EASTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| ANDREW JOHNSTONE | § | Case No. 1:13-34200-ERW |
| | § | |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

N. Neville Reid, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: 464,777.00                    Assets Exempt: 34,780.00
*(Without deducting any secured claims)*

Total Distributions to Claimants:  171,900.82      Claims Discharged
                                                   Without Payment:  684,259.37

Total Expenses of Administration:  48,960.46

3) Total gross receipts of $ 220,861.28  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 220,861.28  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 586,321.00 | $ 168,900.65 | $ 168,900.65 | $ 168,900.65 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 71,594.03 | 71,594.03 | 48,960.46 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 99,498.20 | 27,217.34 | 27,217.34 | 3,000.17 |
| **TOTAL DISBURSEMENTS** | $ 685,819.20 | $ 267,712.02 | $ 267,712.02 | $ 220,861.28 |

4)  This case was originally filed under chapter 7 on  08/29/2013 .  The case was pending for 38 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  10/11/2016                    By:/s/N. Neville Reid, Trustee
                                                                                      Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 405 N. Wabash, Apt. 4112 Chicago, IL 60611 | 1110-000 | 219,000.00 |
| PNC Mortgage Refund of Sale of Property:  405 N. Wabash, Apt | 1210-000 | 218.78 |
| Gergis, Buyer's reimbursement of transfer tax related to sal | 1290-000 | 1,642.50 |
| **TOTAL GROSS RECEIPTS** | | **$ 220,861.28** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Pnc Bank 2730 Liberty Ave Pittsburgh, PA 15222 | | 12,869.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Pnc Bank, N.a. Po Box 3180 Pittsburgh, PA 15230 | | 40,812.00 | NA | NA | 0.00 |
| | Pnc Mortgage 6 N Main St Dayton, OH 45402 | | 116,640.00 | NA | NA | 0.00 |
| | Pnc Mortgage 6 N Main St Dayton, OH 45402 | | 416,000.00 | NA | NA | 0.00 |
| | PNC BANK N. A. | 4110-000 | NA | 168,900.65 | 168,900.65 | 168,900.65 |
| **TOTAL SECURED CLAIMS** | | | **$ 586,321.00** | **$ 168,900.65** | **$ 168,900.65** | **$ 168,900.65** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N. NEVILLE REID | 2100-000 | NA | 8,977.00 | 8,977.00 | 8,977.00 |
| Arthur B. Levine Company | 2300-000 | NA | 7.52 | 7.52 | 7.52 |
| BOND PAYMENT | 2300-000 | NA | 83.78 | 83.78 | 83.78 |
| Buyer's Credit | 2500-000 | NA | 2,836.50 | 2,836.50 | 2,836.50 |
| City Transfer Tax to FATIC | 2500-000 | NA | 657.00 | 657.00 | 657.00 |
| Closing Protection Coverage | 2500-000 | NA | 50.00 | 50.00 | 50.00 |
| Committment Update Search | 2500-000 | NA | 100.00 | 100.00 | 100.00 |
| County Transfer Tax | 2500-000 | NA | 109.50 | 109.50 | 109.50 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Overnight Delivery Service | 2500-000 | NA | 25.00 | 25.00 | 25.00 |
| Owner's Policy to FATIC | 2500-000 | NA | 900.00 | 900.00 | 900.00 |
| Preparation of Paid Assessment | 2500-000 | NA | 350.00 | 350.00 | 350.00 |
| Release to FATIC | 2500-000 | NA | 50.00 | 50.00 | 50.00 |
| Service/Handling Wire Transfer Fee | 2500-000 | NA | 40.00 | 40.00 | 40.00 |
| State Transfer Tax to FATIC | 2500-000 | NA | 219.00 | 219.00 | 219.00 |
| Associated Bank | 2600-000 | NA | 898.44 | 898.44 | 898.44 |
| Legal Runners, Inc. | 2990-000 | NA | 95.00 | 95.00 | 95.00 |
| LOIS WEST | 2990-000 | NA | 0.00 | 0.00 | 0.00 |
| FOX SWIBEL LEVIN & CARROLL LLP | 3110-000 | NA | 41,908.50 | 41,908.50 | 20,000.00 |
| FOX SWIBEL LEVIN & CARROLL LLP | 3120-000 | NA | 796.79 | 796.79 | 71.72 |
| @PROPERTIES | 3510-000 | NA | 12,490.00 | 12,490.00 | 12,490.00 |
| Richard Gergis | 3510-000 | NA | 1,000.00 | 1,000.00 | 1,000.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 71,594.03 | $ 71,594.03 | $ 48,960.46 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Advocate Medical Group 701 Lee Street Des Plaines, IL 60016 | | 142.00 | NA | NA | 0.00 |
| | American Express Po Box 3001 16 General Warren Blvd Malvern, PA 19355 | | 1,449.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Medical Collection Agency PO Box 1235 Elmsford, NY 10523-0935 | | 0.00 | NA | NA | 0.00 |
| | Ann& Robert H Lurie Childrens Hospi PO Box 4066 Carol Stream, IL 60197-4066 | | 3,638.00 | NA | NA | 0.00 |
| | Armor Systems Corporation 1700 Kiefer Drive Suite 1 Zion, IL 60099-5105 | | 193.22 | NA | NA | 0.00 |
| | Baker & Miller, P.C. 29 N. Wacker Drive Suite 500 Chicago, IL 60606-2854 | | 9,018.00 | NA | NA | 0.00 |
| | Cap1/neimn Po Box 30253 Salt Lake City, UT 84130 | | 196.00 | NA | NA | 0.00 |
| | Capital Management Services, LP 698 1/2 South Ogden Street Buffalo, NY 14206-2317 | | 2,802.00 | NA | NA | 0.00 |
| | Chase Po Box 15298 Wilmington, DE 19850 | | 11,447.00 | NA | NA | 0.00 |
| | City of Chicago Emergency Medical Services 33589 Treasury Center Chicago, IL 60694 | | 934.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Eugene Pergament MD 100 W. North Ave, Lock Box 2 Chicago, IL 60610-1303 | | 795.14 | NA | NA | 0.00 |
| | Fox Valley Laboratory Physicians SC P.O Box 5133 Chicago, IL 60681-5133 | | 0.00 | NA | NA | 0.00 |
| | GC Services Limited Partnership 6330 Gulfton Houston, TX 77081 | | 1,326.00 | NA | NA | 0.00 |
| | Lakewood Commons Condo Association Rosen Mgmt Svcs; Attn: Randy Rosen 6310 N. Lincoln Ave Chicago, IL 60659 | | 0.00 | NA | NA | 0.00 |
| | Lakewood Commons Condo Association Rosen Mgmt Svcs; Attn: Randy Rosen 6310 N. Lincoln Ave Chicago, IL 60659 | | 0.00 | NA | NA | 0.00 |
| | Lakewood Commons Condo Association Rosen Mgmt Svcs; Attn: Randy Rosen 6310 N. Lincoln Ave Chicago, IL 60659 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Lakewood West Commons Condo Ass'n c/o Delaware Realty Group 734 N. Wells Street Chicago, IL 60654 | | 0.00 | NA | NA | 0.00 |
| | Lakewood West Commons Condo Ass'n c/o Delaware Realty Group 734 N. Wells Street Chicago, IL 60654 | | 0.00 | NA | NA | 0.00 |
| | Lakewood West Commons Condo Ass'n c/o Delaware Realty Group, Inc. 734 N. Wells Street Chicago, IL 60654 | | 0.00 | NA | NA | 0.00 |
| | Lou Harris Company 1040 S Milwaukee Ave Suite 110 Wheeling, IL 60090 | | 739.00 | NA | NA | 0.00 |
| | Lurie Childrens Medical Group PO Box 4051 Carol Stream, IL 60197-4051 | | 0.00 | NA | NA | 0.00 |
| | Macys/fdsb Attn: Bankruptcy Po Box 8053 Mason, OH 45040 | | 2,802.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Malcolm S. Gerald & Associates, Inc 332 S. Michigan Ave Suite 600 Chicago, IL 60604 | | 0.00 | NA | NA | 0.00 |
| | Medical Recovery Specialists, LLC 2250 E. Devon Ave Suite 352 Des Plaines, IL 60018-4521 | | 1,284.67 | NA | NA | 0.00 |
| | Medical Recovery Specialists, LLC 2250 E. Devon Ave Suite 352 Des Plaines, IL 60018-4521 | | 0.00 | NA | NA | 0.00 |
| | Medical Recovery Specialists, LLC 2250 E. Devon Ave Suite 352 Des Plaines, IL 60018-4521 | | 373.11 | NA | NA | 0.00 |
| | Merchant's Credit Guide Co. 223 W. Jackson Blvd. Suite 700 Chicago, IL 60606 | | 821.00 | NA | NA | 0.00 |
| | Merchant's Credit Guide Co. 223 W. Jackson Blvd. Suite 700 Chicago, IL 60606 | | 821.00 | NA | NA | 0.00 |
| | Midwest Surgery, S.C. 2210 Dean Street Suite B Saint Charles, IL 60175-1059 | | 854.92 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Nationwide Credit & Collection, Inc 815 Commerce Drive Suite 270 Oak Brook, IL 60523-8852 | | 0.00 | NA | NA | 0.00 |
| | Nationwide Credit, Inc. 3835 North Freeway Blvd. Suite 115 Sacramento, CA 95834 | | 11,447.00 | NA | NA | 0.00 |
| | NES of Ohio 29125 Solon Road Solon, OH 44139-3442 | | 9,022.00 | NA | NA | 0.00 |
| | Northwestern Medical Faculty Founda 38693 Eagle Way Chicago, IL 60678-1386 | | 96.80 | NA | NA | 0.00 |
| | Northwestern Memorial Hospital PO Box 73690 Chicago, IL 60673-7690 | | 533.61 | NA | NA | 0.00 |
| | Northwestern Memorial Physicians Gr 75 Remittance Drive #1293 Chicago, IL 60675-1293 | | 2,453.50 | NA | NA | 0.00 |
| | Northwestern OBGYN Consultants 676 N. St. Clair Suite 1880 Chicago, IL 60611-3139 | | 645.48 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Rush University Medical Group 75 Remittance Drive Dept. 1611 Chicago, IL 60675-1611 | | 0.00 | NA | NA | 0.00 |
| | Souma Diagnostics, Ltd. c/o PBP PO Box 11690 Chicago, IL 60611-1690 | | 0.00 | NA | NA | 0.00 |
| | Stanisccontr 914 14th St Modesto, CA 95353 | | 608.00 | NA | NA | 0.00 |
| | Stanisccontr 914 14th St Modesto, CA 95353 | | 1,598.00 | NA | NA | 0.00 |
| | The Illinois State Toll Highway Risk Management Division 2700 Ogden Ave Downers Grove, IL 60515 | | 700.00 | NA | NA | 0.00 |
| | Thomas J. Weigel MD SC 737 N. Michigan Ave Suite 900 Chicago, IL 60611 | | 0.00 | NA | NA | 0.00 |
| | Thomas J. Weigel MD SC 737 N. Michigan Ave Suite 900 Chicago, IL 60611 | | 0.00 | NA | NA | 0.00 |
| | United Anesthesia Associates SC PO Box 361 Lake Forest, IL 60045-0631 | | 1,805.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | United Recovery Service, LLC 18525 Torrence Ave. Suite C-6 Lansing, IL 60438 | | 5,175.75 | NA | NA | 0.00 |
| | Van Ru Credit Corporation 1350 E. Touhy Ave Suite 100E Des Plaines, IL 60018-3307 | | 0.00 | NA | NA | 0.00 |
| | Voelker Litigation Group 311 W. Superior Street Suite 500 Chicago, IL 60654 | | 0.00 | NA | NA | 0.00 |
| 3 | AMERICAN EXPRESS CENTURION BANK | 7100-000 | NA | 1,438.75 | 1,438.75 | 0.00 |
| 1 | DISCOVER BANK | 7100-000 | 9,018.00 | 9,018.45 | 9,018.45 | 1,049.59 |
| 5 | FSB AMERICAN EXPRESS BANK | 7100-000 | 7,737.00 | 7,737.80 | 7,737.80 | 900.54 |
| 4 | PNC BANK N. A. | 7100-000 | 9,022.00 | 9,022.34 | 9,022.34 | 1,050.04 |
| | TOTAL GENERAL UNSECURED CLAIMS | | $ 99,498.20 | $ 27,217.34 | $ 27,217.34 | $ 3,000.17 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 13-34200 | DLT | Judge: | Deborah L. Thorne | | Trustee Name: | N. Neville Reid, Trustee |
|---|---|---|---|---|---|---|---|
| Case Name: | ANDREW JOHNSTONE | | | | | Date Filed (f) or Converted (c): | 08/29/2013 (f) |
| | | | | | | 341(a) Meeting Date: | 10/10/2013 |
| For Period Ending: | 10/11/2016 | | | | | Claims Bar Date: | 04/17/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1.  405 N. Wabash, Apt. 4112 Chicago, IL 60611<br><br>[Escrow funds pending closing with Richard Gergis] | 206,960.00 | 34,543.00 | | 219,000.00 | FA |
| 2.  2393 N. Wayne Ave Chicago, IL 60614 | 494,777.00 | 0.00 | | 0.00 | FA |
| 3.  Cash on Hand | 100.00 | 0.00 | | 0.00 | FA |
| 4.  Checking Account-PNC Bank | 100.00 | 0.00 | | 0.00 | FA |
| 5.  Checking Account-Citi Bank | 100.00 | 0.00 | | 0.00 | FA |
| 6.  Furniture and Electronics | 750.00 | 0.00 | | 0.00 | FA |
| 7.  Clothing | 350.00 | 0.00 | | 0.00 | FA |
| 8.  Debtor owns 100% Interest in Stone Plumbing<br><br>Debtor owns 100% Interest in Stone Plumbing, a sole proprietorship Assets: Checking Account-Citi Bank $1,000 | 1,000.00 | 0.00 | | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| | | | | | |
|---|---|---|---|---|---|
| Case No: | 13-34200 | DLT | Judge: | Deborah L. Thorne | Trustee Name: | N. Neville Reid, Trustee |

Case No:       13-34200       DLT       Judge:   Deborah L. Thorne       Trustee Name:       N. Neville Reid, Trustee

Case Name:   ANDREW JOHNSTONE       Date Filed (f) or Converted (c):   08/29/2013 (f)

341(a) Meeting Date:   10/10/2013

For Period Ending:   10/11/2016       Claims Bar Date:   04/17/2014

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 9.  1998 Ford E350 | 880.00 | 0.00 | | 0.00 | FA |
| 10.  Plumber Tools | 1,500.00 | 0.00 | | 0.00 | FA |
| 11.  Gergis, Buyer's reimbursement of transfer tax related to sal (u) | 1,642.50 | 1,642.50 | | 1,642.50 | FA |
| 12.  PNC Mortgage Refund of Sale of Property:  405 N. Wabash, Apt (u)   PNC Mortgage Refund of Sale of Property:  Miscellaneous Expenses for 405 N. Wabash, Apt. 4112, Chicago, IL | Unknown | 0.00 | | 218.78 | FA |
| INT.  Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)                    $708,159.50          $36,185.50                         $220,861.28                 $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Status April 2015:  Received purchase price proceeds in escrow from buyer,  for sale of condo.  Preparing closing documentation. Closing expected by May 15, 2015.  TFR to be filed shortly thereafter as all claims are in and bar date has passed.

Status March 28, 2016: Preparing TFR.

Preparing TDR.  - Maguirre 10/5/2016

Initial Projected Date of Final Report (TFR): 12/31/2013          Current Projected Date of Final Report (TFR): 06/30/2016

Exhibit 8

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 13-34200
Case Name: ANDREW JOHNSTONE

Taxpayer ID No: XX-XXX4827
For Period Ending: 10/11/2016

Trustee Name: N. Neville Reid, Trustee
Bank Name: Associated Bank
Account Number/CD#: XXXXXX5229
Checking Account (Non-Interest Earn
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

Exhibit 9

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/16/15 | | Richard Gergis Cashier's Check The State Bank Fenton, Michigan 48430 586-805-3333 | Purchase price proceeds re: | | $218,000.00 | | $218,000.00 |
| | | | Gross Receipts $219,000.00 | | | | |
| | | | Earnest Money held by ($1,000.00) @Properties | 3510-000 | | | |
| | 1 | | 405 N. Wabash, Apt. 4112 $219,000.00 Chicago, IL 60611 | 1110-000 | | | |
| 03/26/15 | 300001 | Arthur B. Levine Company Adams Levine Surety Bond Agency 60 East 42nd Street, Room 965 New York, New York 10165 212-986-7470 | Chpt. 7 Blanket Bond Premium (Feb. 1, 2015 to Feb. 1, 2016) for Bond Number 10BSBGR6291 | 2300-000 | | $83.78 | $217,916.22 |
| 04/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $167.23 | $217,748.99 |
| 04/30/15 | 11 | Richard B. Gergis Cashier's Check # 9488630253 | Gergis, Buyer's reimbursement of transfer tax related to sale of 405 N. Wabash Ave., #4112, Chicago, IL | 1290-000 | $1,642.50 | | $219,391.49 |
| 04/30/15 | | First American Title Insurance Company 30 North LaSalle Street, Suite 2220 Chicago, IL 60602 312-750-6780 | Closing for Sale of: 405 N. Wabash Ave., #4112, Chicago, IL HUD Statement | | | $186,727.65 | $32,663.84 |
| | | Coverage, Closing Protection | | ($50.00) | 2500-000 | | |
| | | Search, Committment Update | | ($100.00) | 2500-000 | | |
| | | Transfer Fee, Service/Handling Wire | | ($40.00) | 2500-000 | | |
| | | Service, Overnight Delivery | | ($25.00) | 2500-000 | | |

Page Subtotals: $219,642.50 $186,978.66

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: 13-34200 | Trustee Name: N. Neville Reid, Trustee | |
| Case Name: ANDREW JOHNSTONE | Bank Name: Associated Bank | |
| | Account Number/CD#: XXXXXX5229 | |
| | Checking Account (Non-Interest Earn | |
| Taxpayer ID No: XX-XXX4827 | Blanket Bond (per case limit): $5,000,000.00 | |
| For Period Ending: 10/11/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | to FATIC, Owner's Policy | ($900.00) | 2500-000 | | | |
| | | Tax, County Transfer | ($109.50) | 2500-000 | | | |
| | | Tax to FATIC, City Transfer | ($657.00) | 2500-000 | | | |
| | | Tax to FATIC, State Transfer | ($219.00) | 2500-000 | | | |
| | | Paid Assessment, Preparation of | ($350.00) | 2500-000 | | | |
| | | Credit, Buyer's | ($2,836.50) | 2500-000 | | | |
| | | PNC BANK N. A. | ($41,878.52) | 4110-000 | | | |
| | | PNC BANK N. A. | ($127,022.13) | 4110-000 | | | |
| | | FATIC, Release to | ($50.00) | 2500-000 | | | |
| | | @PROPERTIES | ($12,490.00) | 3510-000 | | | |
| 05/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $277.52 | $32,386.32 |
| 05/13/15 | 300002 | Legal Runners, Inc. 53 West Jackson Blvd. Suite 609 Chicago, IL  60604  312-291-0970 | LRI fee for Water Certification $45.00 for  405 N. Wabash Ave, Unit 4112 and FPC Fee $50.00 | 2990-000 | | $95.00 | $32,291.32 |
| 05/28/15 | 12 | PNC Mortgage PNC Bank, NA 3232 Newmark Drive Miamisburg, OH 45342 | Refund from PNC Mortgage Co. of:  405 N. Wabash Ave. # 4112, Chicago, IL Miscellaneous Bankruptcy Expenses | 1210-000 | $218.73 | | $32,510.05 |
| 05/28/15 | 12 | PNC Mortgage PNC Bank, NA 3232 Newmark Drive Miamisburg, OH 45342 | Refund from PNC Mortgage Co. of:  405 N. Wabash Ave. # 4112, Chicago, IL Miscellaneous Bankruptcy Expenses | 1210-000 | $0.05 | | $32,510.10 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | Page Subtotals: | | $218.78 | $372.52 | |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 13-34200     Trustee Name: N. Neville Reid, Trustee    **Exhibit 9**
Case Name: ANDREW JOHNSTONE     Bank Name: Associated Bank
   Account Number/CD#: XXXXXX5229
   Checking Account (Non-Interest Earn
Taxpayer ID No: XX-XXX4827    Blanket Bond (per case limit): $5,000,000.00
For Period Ending: 10/11/2016    Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/05/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $48.17 | $32,461.93 |
| 07/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $46.66 | $32,415.27 |
| 08/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $48.15 | $32,367.12 |
| 09/08/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $48.08 | $32,319.04 |
| 10/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $46.46 | $32,272.58 |
| 11/06/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $47.94 | $32,224.64 |
| 12/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $46.32 | $32,178.32 |
| 12/17/15 | 300003 | Fox Swibel Levin & Carroll LLP 200 West Madison Street Suite 3000 Chicago, IL 60606 | Dkt. 59; Order approving first interim fee application FSLC Fees | 3110-000 | | $20,000.00 | $12,178.32 |
| 12/17/15 | 300004 | Fox Swibel Levin & Carroll LLP 200 West Madison Street Suite 3000 Chicago, IL 60606 | Dkt. 59 ; Order approving first interim fee application FSLC Expenses | 3120-000 | | $71.72 | $12,106.60 |
| 01/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $34.32 | $12,072.28 |
| 02/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $17.91 | $12,054.37 |
| 03/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $16.72 | $12,037.65 |

Page Subtotals: $0.00 $20,472.45

Page:   4

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 13-34200 | Trustee Name: N. Neville Reid, Trustee |
| Case Name: ANDREW JOHNSTONE | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX5229 |
| | Checking Account (Non-Interest Earn |
| Taxpayer ID No: XX-XXX4827 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 10/11/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $17.85 | $12,019.80 |
| 04/12/16 | 300005 | Arthur B. Levine Company Adams Levine Surety Bond Agency 370 Lexington Avenue, Suite 1101 New York, New York 10017  212-986-7470 | 2016 Blanket Bond Disbursement | 2300-000 | | $7.52 | $12,012.28 |
| 05/06/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $17.28 | $11,995.00 |
| 06/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $17.83 | $11,977.17 |
| 06/28/16 | | Associated Bank | BANK SERVICE FEE The credit for the $30 Bank fee posted on 5-14-2015 was received on 4-6-16. | 2600-000 | | ($30.00) | $12,007.17 |
| 06/28/16 | | Associated Bank | BANK SERVICE FEE Bank Fee posted and cleared the bank on 5-14-2015. | 2600-000 | | $30.00 | $11,977.17 |
| 08/30/16 | 300006 | N. NEVILLE REID 200 W. MADISON, SUITE 3000 CHICAGO, IL 60606 | Trustee compensation per court order and approval (Dkt. 70) | 2100-000 | | $8,977.00 | $3,000.17 |
| 08/30/16 | 300007 | DISCOVER BANK DB Servicing Corporation PO Box 3025 New Albany, OH 43054-3025 | Final distribution to claim 1 representing a payment of 11.64 % per court order. | 7100-000 | | $1,049.59 | $1,950.58 |
| 08/30/16 | 300008 | PNC BANK N. A. PNC BANK N.A. PO BOX 94982 CLEVELAND, OH 44101 | Final distribution to claim 4 representing a payment of 11.64 % per court order. | 7100-000 | | $1,050.04 | $900.54 |
| 08/30/16 | 300009 | FSB AMERICAN EXPRESS BANK AMERICAN EXPRESS BANK, FSB C O BECKET AND LEE LLP POB 3001 MALVERN, PA 19355-0701 | Final distribution to claim 5 representing a payment of 11.64 % per court order. | 7100-000 | | $900.54 | $0.00 |

| | | | Page Subtotals: | | $0.00 | $12,037.65 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 20)*

Exhibit 9

| | | |
|---|---:|---:|
| COLUMN TOTALS | $219,861.28 | $219,861.28 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $219,861.28 | $219,861.28 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $219,861.28 | $219,861.28 |

Page Subtotals:                    $0.00          $0.00

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX5229 - Checking Account (Non-Interest Earn | $219,861.28 | $219,861.28 | $0.00 |
| | $219,861.28 | $219,861.28 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | | | |
|---|---|---|---|
| Total Allocation Receipts: | $1,000.00 | | |
| Total Net Deposits: | $219,861.28 | | |
| Total Gross Receipts: | $220,861.28 | | |